HONORABLE MARY JO HESTON
HEARING DATE: November 6, 2018
TIME: 9:00 am
RESPONSE DATE: October 30, 2018
CHAPTER 7
Vancouver, WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re:

Galen Ray
Nicole Ray

    Debtor(s)

In Chapter 7 Proceeding
No. 13-41147-BDL

Notice of Hearing on
Motion to Reopen Case
Avoid Judgment Lien(s)
of Capital One Bank and
Portfolio Recovery Assoc.

TO: Clerk of Court, U.S. Trustee; Debtor(s); Capital One Bank and Portfolio Recovery Assoc.

Please take note that the issue of law in this case will be heard on the date below and the Clerk is requested to note this issue on the motion docket for that day.

HEARING DATE: **November 6, 2018**    TIME: 9:00 am

PLACE: Vancouver Federal Building
       500 West 12th St., 2nd Floor    JUDGE: Mary Jo Heston
       Vancouver, WA

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's chambers, serve one copy on the undersigned attorney, and serve one copy of your response on each of the persons set forth on the Certificate of Service attached hereto, NO LATER THAN THE RESPONSE DATE, which is **October 30, 2018.**

**IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.**

Dated: September 28, 2018

/s/ Susan H. Seelye
_____
Susan H. Seelye, WSBA #28825
Attorney(s) for Debtor(s)

NOTICE OF HEARING AND MOTION TO
REOPEN CASE & AVOID JUDGMENT LIEN(S)    1

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958

# MOTION TO REOPEN CASE & AVOID LIEN(S)

COME NOW the Debtor(s), by and through their attorney of record, BROWN & SEELYE, and moves the Court for an Order Reopening Case and Avoiding Lien(s) based upon the following facts:

1) Debtors filed a petition for relief under the United States Bankruptcy Code, Title 11 U.S.C. on **February 23, 2013**.

2) That the following are judgments per RCW 6.13.090 and/or impair exemptions to which the Debtor is entitled.

    (A)    Capital One Bank (USA), NA vs Galen W. Ray, Cowlitz County Superior Court, State of Washington, Judgment No. 12-9-01362-1 filed September 14, 2012, Superior Court Case No. 12-2-00666-1, in the amount of $2,570.66.

    (B)    Portfolio Recovery Associates.. vs Galen Ray and Jane Doe Ray, and the marital community, Cowlitz County Superior Court, State of Washington, Judgment No. 13-9-00448-4, filed February 20, 2013, Case No. 13-2-00246-0 in the amount of $6,557.97.

3) This Court has jurisdiction over the parties to and the subject matter of this action as provided for under the United States Bankruptcy Code.

4) Pursuant to 11 USC §522(f), the Debtors desire to avoid the judicial security lien on the property commonly known as **620 16th Ave Longview, WA 98632**.

NOTICE OF HEARING AND MOTION TO
REOPEN CASE & AVOID JUDGMENT LIEN(S)    2

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958

5) The value of the property on the date of filing as listed on the Debtors' schedules and the non-voidable liens are as follows:

**Market value of Property:** $ 123,108.00

**Mortgage Balances(s):** $ 188,740.00

**Equity:** $-0-

6) That the liens on the above described property, if not avoided, will impair any exemption to which the Debtors would have been entitled under the exemptions as set forth in 11 USC §522. That the Debtors are entitled to the exemptions allowed under the bankruptcy code.

Dated: September 28, 2018

/s/ Susan H. Seelye
Susan H. Seelye, WSBA #28825
Attorney for Debtors

NOTICE OF HEARING AND MOTION TO
REOPEN CASE & AVOID JUDGMENT LIEN(S)    3

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958

# CERTIFICATE OF SERVICE

THE UNDERSIGNED hereby certifies:

On the date set forth below, I caused to be delivered by the method indicated below, a true and correct copy of **NOTICE OF HEARING AND MOTION TO AVOID JUDGMENT LIENS OF Capital One Bank and Portfolio Recovery Assoc along with a copy of the PROPOSED ORDER** properly addressed to the debtor(s) and each of the following and by regular and certified mail:

Capital One Bank
Attn: President or CEO
1680 Capital One Drive
McLean, VA 22102

Suttell & Hammer
P.O. Box C-90006
Bellevue, WA 98009

Portfolio Recovery Assoc.
Attn: President or CEO
120 Corporate Blvd
Norfolk, VA 23502

Machol & Johannes
700 17th St., Ste 200
Denver, CO 80202

Machol & Johannes
2800 156th Ave SE #105
Bellevue, WA 98007

Signed at Tacoma, Washington on September 28, 2018.

/s/ Susan H. Seelye
_____
Susan H. Seelye WSBA #28825
Attorney at Law

NOTICE OF HEARING AND MOTION TO
REOPEN CASE & AVOID JUDGMENT LIEN(S)    4

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958