Entered on Docket November 2, 2018

**Submitted But Not Entered.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge**

**Reopening can be granted, but lien avoidance cannot. Debtors did not claim homestead exemption in Schedule C (and have not amended Sch C), such that it has been shown for Sect. 522(f) that an exemption is impaired.**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re:**<br><br>**Galen Ray**<br>**Nicole Ray**<br>        **Debtor(s)** | **In Chapter 13 Proceeding**<br>**No. 13-41147-BDL**<br><br>**ORDER RE-OPENING CASE**<br>**AND AVOIDING JUDGMENT**<br>**LIEN(S) AND RE-CLOSING CASE** |

It is ORDERED that the Debtors' case is re-opened.

It is also ORDERED that the judgment liens of the following creditors be and hereby declared null and void with respect to the property commonly known as **620 16th Ave Longview, WA 98632.**

(A)    Capital One Bank (USA), NA vs Galen W. Ray, Cowlitz County Superior Court, State of Washington, Judgment No. 12-9-01362-1 filed September 14, 2012, Superior Court Case No. 12-2-00666-1, in the amount of $2,570.66.

(B)    Portfolio Recovery Associates.. vs Galen Ray and Jane Doe Ray, and the marital community, Cowlitz County Superior Court, State of Washington, Judgment No. 13-9-00448-4, filed February 20, 2013, Case No. 13-2-00246-0 in the amount of $6,557.97.

The debtors have received their discharge in this case and the case may be reclosed in 20 days from the date of this order.

/// end of order ///

Presented by:

/s/Susan H. Seelye
Susan H. Seelye, WSBA #28825
Attorneys for Debtor(s)