Entered on Docket November 8, 2018

Below is the Order of the Court.



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

**Re:**

**Galen Ray**
**Nicole Ray**
        **Debtor(s)**

**In Chapter 13 Proceeding**
**No. 13-41147-BDL**

**ORDER RE-OPENING CASE AND AVOIDING JUDGMENT LIEN(S) AND RE-CLOSING CASE**

It is ORDERED that the Debtors' case is re-opened.

It is also ORDERED that the judgment liens of the following creditors be and hereby declared null and void with respect to the property commonly known as **620 16th Ave Longview, WA 98632.**

(A)    Capital One Bank (USA), NA vs Galen W. Ray, Cowlitz County Superior Court, State of Washington, Judgment No. 12-9-01362-1 filed September 14, 2012, Superior Court Case No. 12-2-00666-1, in the amount of $2,570.66.

(B)    Portfolio Recovery Associates.. vs Galen Ray and Jane Doe Ray, and the marital community, Cowlitz County Superior Court, State of Washington, Judgment No. 13-9-00448-4, filed February 20, 2013, Case No. 13-2-00246-0 in the amount of $6,557.97.

1        The debtors have received their discharge in this case and the case may be reclosed in 20 days

2        from the date of this order.

3

4                            /// end of order ///

5 Presented by:

6 /s/Susan H. Seelye
Susan H. Seelye, WSBA #28825

7 Attorneys for Debtor(s)